# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> **EDGAR CASTRO** <br> *Defendant(s)* | Case No. **UNDER SEAL** <br> 2:25-mj-0023 SCR |

**FILED**
Feb 04, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 9, 2024__ in the county of __Yuba__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assault of a Federal employee of a U.S. Government agency |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Jason Capizzano
*Complainant's signature*

Jason Capizzano, USPIS Postal Inspector
*Printed name and title*

Sworn to me and signed via telephone.

Date: February 4, 2025

*Judge's signature*

City and state: Sacramento, California

Sean C. Riordan U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | AFFIDAVIT OF USPIS INSPECTOR JASON CAPIZZANO |
| v. | |
| EDGAR CASTRO, | |
| Defendant. | |

I, JASON CAPIZZANO, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief:

1. I am a U.S. Postal Inspector with the United States Postal Inspection Service (USPIS) and have been since August 2018. Currently, I am assigned to the San Francisco Division of the United States Postal Inspection Service, and I work out of the Sacramento office. During my tenure, I completed training at the United States Postal Inspection Service Academy in Potomac, MD. As a part of my official duties, it is my responsibility to investigate violations of federal and state law, including assaults, robberies, burglaries of postal facilities, destruction of government property, theft of U.S. Mail, possession of stolen U.S. Mail, counterfeit postal keys, mail and bank fraud, credit card fraud, identity theft, and counterfeit personal checks and identifications. As a U.S. Postal Inspector, I have participated in numerous criminal investigations relating to assaults, robberies, theft of U.S. Mail, possession of stolen U.S. Mail, bank fraud, access device fraud, counterfeit postal keys, identity theft, and counterfeit identifications.

2. This affidavit is submitted in support of a criminal complaint charging EDGAR CASTRO with violation of 18 U.S.C. § 111, which provides that whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any officer or employee of the United States while engaged in or on account of the performance of official duties shall be fined or imprisoned not more than one year in the case of a simple assault.

3. The factual allegations set forth herein are based upon my personal

observations, knowledge, training, and information relayed to me by other law enforcement officers and/or agents. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part and are not intended to be a verbatim recitation of such statements. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

4. On September 9, 2024, USPIS was notified of an assault on United States Postal Service (USPS) letter carrier TWF. The assault took place at approximately 4:45 P.M., after TWF completed his postal route and was driving back to his postal station to report to his supervisor. The incident occurred near 700 E St. Marysville, CA 95901. TWF was in his postal delivery vehicle, stopped at a red light, in the left-hand turn lane, at the intersection of E Street and 7th Street Marysville, CA 95901. A tan colored Chevrolet pickup truck bearing California license plate 7S85990 pulled up next to him. TWF stated the driver of the vehicle shouted at him "what the fuck are you looking at?" TWF said he responded, "I'm not looking at anything." TWF said the driver was a Hispanic male in his 40's, approximately 5'11", 225lbs., with a beard. TWF said the Hispanic male put his car in park and approached the driver's side of the postal delivery truck. The suspect, later determined to be EDGAR CASTRO, again asked TWF "what the fuck are you looking at?" to which TWF responded "what are you talking about? I'm not looking at anything." TWF heard CASTRO say "ok" before he reached through the open window and struck TWF in the neck/head area with an open hand. In the process of being struck in the neck/head area, TWF's USPS badge and lanyard were ripped from his neck and thrown into the street. CASTRO retreated to his vehicle and TWF stepped out of his postal vehicle to retrieve his USPS badge. While bending over to retrieve his badge, TWF said CASTRO turned around, rushed him, and struck him with a closed fist causing his nose to break. CASTRO continued throwing punches at TWF while TWF defended himself and fought back. One punch hit TWF in the right hand, causing an injury to his pinkie finger. While still engaged in an altercation, bystanders intervened and separated TWF and CASTRO. CASTRO immediately jumped into his pickup truck and left the scene. TWF was able to take a photo of Castro's vehicle as he exited and immediately called 911 to report the assault.

5. Marysville Police Department (MPD) responded to the scene and took report number 2409-1090. MPD checked DMV records and found the Chevrolet truck was registered

to EDGAR CASTRO 2478 Westhill Drive Marysville, CA 95901. The address falls under the jurisdiction of Yuba County Sheriff's Office (YCSO). MPD alerted YCSO who responded to 2478 Westhill Drive, but CASTRO was not at the residence. While at the residence, YCSO talked to the parents of CASTRO who provided a phone number to contact him. Later that night, MPD Sergeant spoke to CASTRO about the incident. CASTRO stated that the incident was "a misunderstanding" but he was ok. CASTRO also asked, "what the process would be" and "what the bail would be". MPD Sergeant advised CASTRO to speak with his lawyer and turn himself in at Marysville PD, otherwise a warrant would be filed for his arrest. CASTRO replied, "I know it's better to face it now". CASTRO did not turn himself in and a copy of MPD report 2409-1090 was turned over to the District Attorney's Office for review.

      6.      On September 9, 2024, TWF checked into the Adventist Health and Rideout Medical Center located at 726 4th St. Marysville, CA 95901. TWF was treated and diagnosed with a nasal bone fracture and subluxation of right little finger. Medication was provided along with a splint for his pinkie finger. Medical documents were provided which confirm the injuries sustained.

      7.      On September 19, 2024, Inspector Capizzano and Inspector Broce met TWF at the Marysville Post Office located at 407 C Street Marysville, CA 95901. A photo admonishment was read and signed by TWF prior to being shown a six-pack of photos. The purpose was to determine if TWF could identify the suspect who assaulted him. TWF chose photo number two and stated he was "90 percent sure" the man in the photo assaulted him. The suspect that was depicted in photo number two is EDGAR CASTRO, 2478 Westhill Dr. Marysville, CA 95901.

8.        Based on my knowledge, training and experience, and the facts and circumstances set forth in this affidavit, I respectfully submit that there is probable cause to believe that EDGAR CASTRO is in violation of 18 U.S.C. § 111 (Assault of a Federal officer, agent, or employee of a U.S. Government agency or member of the uniformed services)

9.        I further request that the Court order that all papers in support of the criminal complaint, including this affidavit and arrest warrant, be sealed until further order of the Court. These documents discuss a criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

/s/ Jason Capizzano

Jason Capizzano
Postal Inspector
U.S. Postal Inspection Service

Reviewed as to form:

/s/Nchekube Onyima

NCHEKUBE ONYIMA
Special Assistant U.S. Attorney

Sworn to before me, and subscribed telephonically
This  4th  day of  February , 2025.

Sean C. Riordan
United States Magistrate Judge

4

**United States v. Edgar Castro**
**Penalties for Complaint**

**COUNT 1:**        EDGAR CASTRO

VIOLATION:        18 U.S.C. § 111(a)(1) – Assault on Federal Employee

PENALTIES:        A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of not more than 1 year

SPECIAL ASSESSMENT: $25 (mandatory)