|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 11, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

EDGAR CASTRO,

       Defendant.

Case No.  2:25-cr-00034-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **EDGAR CASTRO**,

Case No. 2:25-cr-00034-SCR , Charge 18 U.S.C. § 111(a)(1), from custody for the following reasons:

   **X**   Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

       Unsecured Appearance Bond $ _____

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

       (Other): _____

Issued at Sacramento, California on February 11, 2025, at   2:00   PM

By:  _____
      Magistrate Judge Sean C. Riordan