1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   MEGAN HOPKINS, #294141
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   (916) 498-5700 Fax (916) 498-5710

5
    Attorney for Defendant
6   EDGAR CASTRO

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   Case No.  2:25-cr-0034-SCR
                                       )
11                 Plaintiff,          )   REQUEST FOR RULE 43 WAIVER OF
                                       )   APPEARANCE; [~~PROPOSED~~] ORDER
12  vs.                                )
                                       )
13  EDGAR CASTRO,                      )
                                       )
14                 Defendant.          )
                                       )
15  _____   )

16          Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, EDGAR

17  CASTRO, hereby waives the right to be present in person in open court or by video

18  teleconference for all non-substantive proceedings in this case.

19          Defendant hereby requests the Court to proceed during every absence which the Court

20  may permit pursuant to this waiver, and agrees that his interests will be represented at all times

21  by the presence of his attorney, the same as if the defendant were personally present.  The

22  defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174

23  (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the

24  defendant's personal presence.

25  / / /

26  / / /

27  / / /

28

1   The original signed copy of this waiver is being preserved by the attorney undersigned.

2

3

    Dated: March 3, 2025                    */s/ Edgar Castro*_____
4                                           EDGAR CASTRO
                                            (Defendant)
5                                           Original signature retained by attorney

6

7   Dated: March 3, 2025

8                                           */s/ Megan Hopkins*_____
                                            MEGAN HOPKINS
9                                           Assistant Federal Defender
                                            Attorney for Defendant

10

11

    IT IS SO ORDERED.
12
    Dated: March 3, 2025
13

14

15  _____
    SEAN C. RIORDAN
16  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

    Request for Rule 43 Waiver of Appearance