HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
EDGAR CASTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> EDGAR CASTRO, <br> Defendant. | Case No. 2:25-cr-00034-SCR <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Nchekube Onyima, Assistant United States Attorney, and Megan T. Hopkins, Assistant Federal Defender, attorney for Edgard Castro, that the status conference currently set for May 20, 2025 at 2:00 p.m. be continued to August 4, 2025 at 2:00 p.m.

The government has produced documentary and media discovery, in response to which defense counsel needs additional time to review the material and conduct investigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

1  By this stipulation, the parties jointly move to continue the status conference to August 4, 2025
2  at 2:00 p.m., and to exclude time for defense investigation and preparation, under Local Code
3  T(4).

Respectfully submitted,

Dated: May 12, 2025                    HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Megan T. Hopkins*
                                       MEGAN T. HOPKINS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       EDGAR CASTRO


Date: May 12, 2025                     MICHELE BECKWITH
                                       Acting United States Attorney

                                       */s/ Nchekube Onyima*
                                       NCHEKUBE ONYIMA
                                       Special Assistant United States Attorney

**~~PROPOSED~~ ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently scheduled for May 20, 2025, be continued to August 4, 2025 at 2:00 p.m. Time shall be excluded up to and including August 4, 2025 for the reasons set forth above.

DATED: May 13, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE