ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>      v. <br><br> EDGAR CASTRO, <br><br>             Defendant. | CASE NO.  2:25-CR-00034 SCR <br><br> STIPULATION REGARDING RESTITUTION; [~~PROPOSED~~] ORDER; AND MOTION TO VACATE <br><br> DATE: December 2, 2025 <br> TIME: 10:00 a.m. <br> COURT: Hon. Sean C Riordan |

**STIPULATION**

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, NCHEKUBE ONYIMA, Special Assistant United States Attorney, and MEGAN HOPKINS attorney for the defendant, Edgar Castro, that restitution in this case be ordered at $0 for victim T.F.W., and that the upcoming December 2, 2025, restitution hearing be vacated.

The victim in this case is presently working with his employer to determine whether all or some of his expenses will be covered by workers' compensation.  As such, it is not possible for the parties to request that the Court set a particular restitution amount until the victim can ascertain his exact losses.

The parties further stipulate and request that the Court order, pursuant to 18 U.S.C. § 3664(d)(5), that if the victim subsequently discovers further losses, the victim shall have 60 days after discovery of those losses in which to petition the court for an amended restitution order.

IT IS SO STIPULATED.

Dated:  November 18, 2025

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney

Dated:  November 18, 2025

/s/ MEGAN HOPKINS
MEGAN HOPKINS
Counsel for Defendant
EDGAR CASTRO

## [~~PROPOSED~~] ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  An amended judgment shall issue which includes the restitution language set forth above.  The restitution hearing scheduled for December 2, 2025, is vacated.

IT IS SO ORDERED.

Dated: November 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE